UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **SINN PEN** | : | **DOCKET NO. 17-cv-00722** |
| **VERSUS** | : | **JUDGE MINALDI** |
| **JEFF SESSIONS, ET AL** | : | **MAGISTRATE JUDGE KAY** |

### REPORT AND RECOMMENDATION

Currently before the court is a motion to dismiss the petition for writ of habeas corpus filed by petitioner, Sinn Pen. Doc. 22. This matter has been referred to the undersigned magistrate judge for review, report, and recommendation in accordance with 28 U.S.C. § 636(b)(1)(B).

Petitioner, Sinn Pen, filed a petition for writ of habeas corpus pursuant to 22 U.S. C. § 2241, asserting that his continued detention beyond six months is unconstitutional under the Supreme Court's ruling in *Zadvydas v. Davis*, 533 U.S. 678 (2001). Doc. 1.

In the motion to dismiss, respondents show, through an affidavit by Jerry Chamberlain, Supervisory Detention and Deportation Officer at Oakdale, Louisiana, that petitioner was released pursuant to an order of supervision on June 6, 2017. Doc. 22, att. 2, pp. 1. Since Petitioner is no longer detained by ICE, he has achieved the relief requested in his petition and there is no longer a justiciable controversy before the court. *See, Alwan v. Ashcroft,* 388 F.3d 507, 511 (5th Cir. 2004)("Under Article III, § 2, of the Constitution, federal courts may adjudicate only actual, ongoing cases or controversies.'")(citations omitted).

Accordingly,

**IT IS RECOMMENDED** that the motion to dismiss [doc. 22] be **GRANTED** and that

the petition for writ of habeas corpus be **DISMISSED WITHOUT PREJUDICE**.

Under the provisions of 28 U.S.C. § 636(b)(1)(c) and Fed.R.Civ.P. 72(b), the parties have fourteen (14) business days from service of this Report and Recommendation to file specific, written objections with the Clerk of Court.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.

**Failure to file written objections to the proposed findings and/or the proposed legal conclusions reflected in this Report and Recommendation within fourteen (14) days following the date of its service, or within the time frame authorized by Fed.R.Civ.P. 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the district court, except upon grounds of plain error.**

THUS DONE this 12th day of July, 2017.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE