RECEIVED
SEP - 1 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| SINN PEN | * | CIVIL ACTION NO. 2:17-CV-00722 |
| v. | * | |
| JEFF SESSIONS, ET AL. | * | JUDGE JAMES T. TRIMBLE, JR. |
| | * | MAGISTRATE JUDGE KAY |

*******************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 24) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and determining that the findings are correct under applicable law,

**IT IS ORDERED** that Respondents' Motion to Dismiss (Rec. Doc. 22) is **GRANTED** and Petitioner's petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that Petitioner's Amended Motion for a Preliminary Injunction (Rec. Doc. 12) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Petitioner's Motion for an Order to Show Cause (Rec. Doc. 2) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Petitioner's Amended Motion to Expedite Hearing on Motion to Show Cause and Motion for a Preliminary Injunction (Rec. Doc. 11) is **DENIED AS MOOT**.

**THUS DONE AND SIGNED** in Alexandria, Louisiana, this 1st day of September, 2017.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE